450 A.2d 213

Cranston, etc. v. Anderson Equipment et al., Appellants.

626

Argued November 9, 1981.   John M. Wolford, for appellant;  James T. Marnen, for appellee.

Before BECK, JOHNSON and POPOVICH, JJ.

Judgment affirmed.